```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 14486
    DANIELLE M. LEWANDOWSKI
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK


         Debtor
    SSN XXX-XX-6610
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/10/07 and confirmed on 12/27/07.

    2.  The case was dismissed after confirmation, 01/30/2009.

    3.  The Debtor paid a total of $    5332.94 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | 783.51 | .00 | 783.51 |
| US BANK | SECURED | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | 727.00 | .00 | 316.60 |
| CITIFINANCIAL AUTO | UNSECURED | NOT FILED | .00 | .00 |
| KENDALL COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| FIRST FEDERAL CREDIT CON | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH ADVANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 525.88 | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 633.39 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1251.74 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 879.67 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | 588.85 | .00 | .00 |
| NICOR GAS | UNSECURED | 504.07 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3582.83 | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 929.60 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1039.91 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| OGDEN FALLS HOMEOWNERS A | SECURED | 990.20 | .00 | 825.20 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

```
                         SECURED    PRIORITY   UNSECURED       OTHER       TOTAL
                         -------    --------   ---------       -----       -----
TOTAL CLMS ALLOWED       2500.71         .00     9935.94         .00    12436.65
PRINCIPAL PAID           1925.31         .00         .00         .00     1925.31
INTEREST PAID                .00         .00         .00         .00         .00
TOTAL PAID               1925.31         .00         .00         .00     1925.31
```
The Debtor's attorney, DAVID M SIEGEL                       , was allowed $   3500.00
and was paid $     376.00  direct and $    3124.00  through the plan.

The Trustee received $     283.63 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 14486 DANIELLE M. LEWANDOWSKI